UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Miguel Gonzales and Luis Pazos, on behalf of themselves and other similarly situated | CIVIL ACTION NO.#: 11 CIV 8360 |
| against | Plaintiff(s) |
| Le Bernardin, Inc. d/b/a Le Bernardin and Maguy Le Coze and Eric Ripert | |
| | Defendant(s) |

## AFFIDAVIT OF SERVICE

State of New York   }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **11/21/2011** at **5:27 PM** at **155 West 51st Street, New York, NY 10168**
deponent served a(n) **Summons in a Civil Action and Complaint**
on **Maguy Le Coze** defendant therein named,
by delivering thereat a true copy of each to **David Mancini [Manager]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at **155 West 51st Street, New York, NY 10168** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within New York State. The Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
Mailed Copy on **11/22/2011** at **10:00 AM**
             C/O Le Bernardin Restaurant

<u>Description of Person Served:</u>
Gender: Male
Skin:  White
Hair: Black/Gray
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other: Balding, Glasses

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
22th day of November, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Juan Aguirre
License No.843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279