UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Miguel Gonzales and Luis Pazos, on behalf of themselves and others similarly situated | CIVIL ACTION NO.#: 11 CV 8360 |
| against                                                     Plaintiff(s) | |
| Le Bernardin, Inc. d/b/a Le Bernardin and Maguy Le Coze and Eric Ripert | |
| Defendant(s) | |

## AFFIDAVIT OF SERVICE

State of New York    }
County of New York   } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **12/9/2011** at **4:26 PM** at **155 West 51st Street, New York, New York**

deponent served a(n) **Summons In A Civil Action and Complaint**

on **Le Bernardin, Inc. d/b/a Le Bernardin** defendant therein named,

a domestic corporation by delivering thereat a true copy of each to **Mandy Oser** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 36 - 50 Yrs.
Height : 5ft4in-5ft8in
Weight : 100-130 lbs
Other :

Sworn to before me this
12th day of December, 2011

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Juan Aguirre
License No. 843839

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279