UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
*LE BERNARDIN, INC., MAGUY LE COZE, AND*
*ERIC RIPERT*
666 Third Avenue
New York, New York 10017
(212) 545-4000

    ATTORNEYS OF RECORD:
        FELICE B. EKELMAN, ESQ.
        NOEL P. TRIPP, ESQ.

| | |
|---|---|
| LUIS PAZOS AND MIGUEL GONZALES on behalf of themselves and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LE BERNARDIN, INC., MAGUY LE COZE, and ERIC RIPERT <br><br> Defendants. | **VIA ECF** <br><br> Civil Action No. 11-CV-8360 <br><br> **Sullivan, J.** <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Affidavit of Felice B. Ekelman, Esq. and upon all prior pleadings and proceedings herein, the undersigned, counsel for Defendants Maguy Le Coze and Eric Ripert will move this Court, the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order granting Defendant Maguy Le Coze and Eric Ripert's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the United States District Court for the Southern District of New York, answering papers, if any, shall be served within fourteen (14) days after service of the papers herein.

Dated: New York, New York
January 20, 2012

                              Respectfully submitted,

                              JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue, 29th Fl.
New York, New York  10017
(212) 545-4000

By:       /s               
FELICE B. EKELMAN, ESQ. (5692)
NOEL P. TRIPP, ESQ. (8931)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

D. MAIMON KIRSCHENBAUM
DENISE SCHULMAN
CHARLES JOSEPH
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
*ATTORNEYS FOR PLAINTIFF*
233 Broadway, 5th Fl.
New York, NY 10279

_____
Daniel D. Schudroff, Esq.

4817-3256-7054, v. 1